1  SUSAN G. FILLICHIO, SBN 204750
   DAVID N. BUFFINGTON, SBN 196551
2  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Ave., 22nd Fl.
3  Los Angeles CA 90071
   Telephone: 213.612.2500
4  Facsimile: 213.612.2501

5  TRACY PAROLA, SBN 202354
   MORGAN, LEWIS & BOCKIUS LLP
6  One Market, Spear Street Tower
   San Francisco, CA 94105
7  Telephone: 415.442.1000
   Facsimile: 415.442.1001
8
   Attorneys for Defendants,
9  Tauck Inc. d/b/a Tauck World Discovery, Tauck
   Bridges LLC, Tauck Holdings, Inc., Arthur Tauck, Jr.,
10 Peter Tauck, and Robin Tauck

11
                   UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13

14
15 ANNE E. MARSH, DEBRA A. OTTO, and      )   Case No. C03-1392 PJH
   STEVEN E. KIEFFER,                     )
16                                        )   **DECLARATION OF DAVID N.**
            Plaintiffs,                   )   **BUFFINGTON IN REPLY TO**
17                                        )   **OPPOSITION TO MOTION TO**
        v.                                )   **DISMISS AND MOTION TO**
18                                        )   **TRANSFER VENUE**
   TAUCK WORLD DISCOVERY, TAUCK           )
19 TOURS, TAUCK TOURS, INC., TAUCK,       )
   INC., TAUCK WORLD TOURS, TAUCK         )
20 BRIDGES LLC, TAUCK HOLDINGS, INC.,     )   Date:   January 28, 2004
   ARTHUR TAUCK, JR., PETER TAUCK, and    )   Time:   9:00 a.m.
21 ROBIN TAUCK,                           )   Ctrm.:  3 (Hon. Phyllis J. Hamilton)
                                          )
22          Defendants.                   )   Trial Date: None Set
                                          )
23                                        )
                                          )
24 _____)

25
26
27
28

I, David N. Buffington, hereby declare:

1. I am an associate with the law firm of Morgan Lewis & Bockius, counsel for defendants Tauck World Discovery ("TWD"), Tauck Holdings, Inc., Tauck Bridges, LLC, Arthur Tauck, Jr., Peter Tauck, and Robin Tauck in this action. The facts set forth are true and of my own personal knowledge and if called as a witness, I could and would testify to them.

2. On August 12, 2003, this Court issued an order permitting plaintiffs to conduct limited discovery on jurisdiction and venue related issues. On September 18, 2003, plaintiffs served 594 requests for production and six interrogatories on defendants. Defendants responded to 574 out of 594 discovery requests and produced several documents.

3. On October 22, 2003, plaintiffs filed a motion to compel further discovery on jurisdiction and venue related issues. All discovery matters in this action have been assigned to the Hon. Magistrate Judge Larson. On December 3, 2003, Magistrate Judge Larson heard plaintiffs' motion to compel further discovery. On December 10, 2003, the Hon. Magistrate Judge Larson issued an order denying in part and granting in part, plaintiffs' motion to compel. A true and correct copy of this December 10, 2003 Order is attached hereto as Exhibit 1.

4. On December 26, 2003, plaintiffs filed a second request, via a letter-brief, to compel further jurisdiction and venue related discovery and to compel the depositions of the individual defendants. Defendants opposed plaintiffs' further request. By December 22, 2003, defendants responded to more than 600 requests for production/information served by plaintiffs, provided supplemental interrogatory responses, produced 5,226 pages of documents, provided 10 separate declarations, and produced the person most knowledgeable for deposition of the Company Defendants.

5. On January 7, 2004, given the massive production and compliance by defendants in this matter, the Hon. Magistrate Judge Larson denied plaintiffs' requests for further discovery in its entirety and denied plaintiffs' request to depose the Individual Defendants. A true and correct copy of Magistrate Judge Larson's January 7, 2004 Order is attached hereto as Exhibit 2.

6. On December 10, 2003, plaintiffs deposed Phil Crosby, who was produced as the person most knowledgeable for the Company Defendants. True and correct copies of excerpts from the deposition transcript of Mr. Crosby are attached hereto as Exhibit 3.

7. I am informed and believe that to date, there are five opt-in members of this FLSA collective action, and that no opt-in members reside in this District. A true and correct copy of a list of the current opt-in collective action members is attached hereto as Exhibit 4.

8. On January 9, 2004, I analyzed the distance between the Boston office of the Department of Labor and the United States District Court, District of Connecticut, Hartford Division utilizing Mapquest.com. The distance was less than 100 miles.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of January, 2004, at Los Angeles, California.

_____
David N. Buffington